ALBERT MONTAGUE vs SILVERSEA CRUISES LTD.
Frank Sasone on 05/10/2019

```
 1    UNITED STATES DISTRICT COURT
 2    SOUTHERN DISTRICT OF FLORIDA
 3    CASE NO.: 18-CV-24156
 4
 5    ALBERT MONTAGUE,
 6    PLAINTIFF,
 7
 8    VS.
 9
10    SILVERSEA CRUISES LTD.,
11    DEFENDANT.
12    _____/
13    VIDEOTAPED DEPOSITION OF FRANK SASONE
14    DATE:         MAY 10, 2019
15    REPORTER:     ELIANETH BRITO
16    PLACE:        2 SOUTH BISCAYNE BOULEVARD
17                  SUITE 2300
18                  MIAMI, FLORIDA 33131
19
20
21
22
23
24
25
```

```
 1      A    Aware.  Correct.
 2      Q    -- that did speak with Mr. Montague in July of
 3   2018 which his accident occurred?
 4      A    Correct.
 5      Q    Okay.  And then about the chair.
 6      A    The chair.
 7      Q    To your knowledge, it wasn't -- was it just
 8   this chair that was removed off the ship or was it all
 9   of the guest chairs on that dry dock in November 2018?
10      A    All guest chairs.
11      Q    So every single guest chair onboard the ship
12   was changed over during that --
13      A    Every.
14      Q    -- time?
15      A    Every.
16           MR. DELGADO:  Objection to the form of the
17   question.
18      Q    Was every guest chair changed over during that
19   dry dock in November 2018?
20      A    Yes.
21      Q    Okay.  And do you know whether or not that dry
22   dock was planned before Mr. Montague's accident took
23   place?
24      A    Yes.
25      Q    Do you know how far back it had been in
```

```
 1   planning?
 2       A     At least a year -- at least more than a year.
 3       Q     And during the dry dock, do you know overall
 4   what took place?  Was it just cabin refurbishments or --
 5       A     It was -- it was suite refurbishment.  It was
 6   public areas.  It was the pool deck.  It was resurfacing
 7   the pool, soft goods.  I mean, it was -- it was an --
 8   extensive dry dock.
 9       Q     Okay.
10             MR. FRIEDMAN:  All right.  I have nothing
11   further.  Thank you.
12             MR. DELGADO:  I don't have anything for you.
13   Thank you for your time.
14             THE WITNESS:  Thank you.
15             COURT REPORTER:  Do you want to read?
16             VIDEOGRAPHER:  This is the end of -- excuse me.
17   This is the end of the video number 1 in the
18   deposition of Frank Sansone.  The time is 3:04 p.m.
19             COURT REPORTER:  Did you all want to read or
20   waive?
21             MR. FRIEDMAN:  We'll read.
22             MR. DELGADO:  We'll order.
23             COURT REPORTER:  Did you want a copy?
24             MR. FRIEDMAN:  Yes, please.
25             (DEPOSITION CONCLUDED AT 3:05 P.M.)
```